UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| BOWLES FUNERAL SERVICES, LLC<br>DBA ELLIOTT MORTUARY;<br>JAMES BOWLES AND PETER BOWLES<br>Plaintiffs, | ) | |
| VS. | ) | *Filed Electronically* |
| NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY<br>Defendant. | ) | |
| AND | ) | **CASE NO. 4:16-CV-00023-JHM-HBB** |
| APEX MORTGAGE CORPORATION,<br>Intervening Defendant/Crossclaim Plaintiff/<br>Counterclaim Plaintiff | ) | |

**CR 26(2)(B) EXPERT DISCLOSURES BY**
**NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY**

Comes the Defendant, Nationwide Property and Casualty Insurance Company, by counsel, and hereby submits the following as its CR 26(2)(B) expert disclosures:

1. Kurt A. Bergman, P.E.
   Rimkus Consulting Group, Inc.
   2630 Elm Hill Pike, Suite 130
   Nashville, Tennessee 37214

Mr. Bergman was specifically retained to give expert testimony and is expected to testify in accordance with his report, attached hereto as Exhibit 1. Mr. Bergman is Nationwide Property and Casualty Insurance Company's damages expert. Mr. Bergman's curriculum vitae, required by CR 26(2)(B)(iv), is attached hereto as Exhibit 2. A compensation schedule as required by CR

26(2)(B)(vi) is attached hereto as Exhibit 3. No CR 26(2)(B)(v) list of prior expert testimony is attached because Mr. Bergman has given no prior expert testimony in a deposition or trial.

2. Christian T. Fox
   Meaden & Moore, LLP
   130 E. Wilson Bridge Road, Suite 305
   Worthington, Ohio 43085-6312

Mr. Fox was specifically retained to give expert testimony and is expected to testify in accordance with his report, attached hereto as Exhibit 4. Mr. Fox is Nationwide Property and Casualty Insurance Company's accounting expert. Mr. Fox's curriculum vitae, required by CR 26(2)(B)(iv), is attached hereto as Exhibit 5. A list of prior expert testimony in accordance with CR 26(2)(B)(v) is attached hereto as Exhibit 6. Mr. Fox's billing rate is $205 per hour.

Respectfully submitted,

WALTERS MEADOWS RICHARDSON, PLLC

*/s/ Anthony M. Pernice*

Gregory M. Funfsinn
Anthony M. Pernice
771 Corporate Drive, Suite 900
Lexington, Kentucky 40503
Telephone: (859) 219-9090
Facsimile: (859) 219-9292
Greg@WMRDefense.com
Anthony@WMRDefense.com
COUNSEL FOR DEFENDANT,
NATIONWIDE PROPERTY AND CASUALTY
INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

On the 16th day of June, 2017, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send notice to all counsel.

/s/ *Anthony M. Pernice*
COUNSEL FOR DEFENDANT,
NATIONWIDE PROPERTY AND CASUALTY
INSURANCE COMPANY